UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

---

**JONATHAN JOSUE DE LEON HERNANDEZ**       CASE NO. 25-cv-1384 SEC P

-vs-      **JUDGE DRELL**

**PAMELA BONDI ET AL**      **MAGISTRATE JUDGE PEREZ-MONTES**

---

### ORDER

The Show Cause Hearing scheduled for October 27, 2025 is hereby CONTINUED without date and will be rescheduled at a later time.

THUS DONE AND SIGNED at Alexandria, Louisiana this 24th day of October 2025.

_____
DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT